## A-S-P ASSOCIATES v. CITY OF RALEIGH

No. 131 PC.

Case below: 38 N.C. App. 271.

Petition and appeal by defendant for discretionary review under G.S. 7A-31 allowed 4 January 1979.

## BANK v. BURNETTE

No. 116 PC.

Case below: 38 N.C. App. 120.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 January 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 4 January 1979. Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals allowed 4 January 1979.

## BANK v. HARWELL

No. 127 PC.

Case below: 38 N.C. App. 190.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1979.

## BUYERS CORP. v. UNDERWRITERS, INC.

No. 122 PC.

Case below: 38 N.C. App. 391.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 January 1979.

## COVINGTON v. RHODES

No. 104 PC.

Case below: 38 N.C. App. 61.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 January 1979.